# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.

Timothy Mapes

                Defendant.

Case No.: 1:21−cr−00345
Honorable John Z. Lee

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 5, 2022:

    MINUTE entry before the Honorable John Z. Lee: As to Timothy Mapes. Status hearing held on 4/5/22. Defendant's appearance is waived. The government's response to Defendant's motion to strike [30] and motion for disclosure [31] are due by 5/3/22; reply due by 5/17/22. Defendant's motion to seal document [32] is denied. The clerk is directed to unseal document [33]. Status hearing set for 6/1/22 at 9:00 a.m. The telephone dial in number is 888−273−3658 and the access code is 1637578. All persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in court−imposed sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. All participants should review the Court's standing order regarding telephone conferences that is on Judge Lee's website, which can be found at: https://www.ilnd.uscourts.gov/judge−info.aspx?4Qf5 zc8loCI5U7rfMP9DHw==.Time is excluded without objection in the interests of justice through 6/1/22 pursuant to 18 U.S.C. 3161(h)(7)(A)−(B) to allow counsel time to review discovery. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.