# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                           Case No.: 1:21−cr−00345

                                                                   Honorable John F. Kness

Timothy Mapes

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 24, 2023:

      MINUTE entry before the Honorable John F. Kness Hearings as to Timothy Mapes: In−person status hearing held on 5/24/2023. Defendant, who is not in custody, was present at the hearing with retained counsel. As stated on the record, the Court's ruling on Defendant's pending motions [30] [31] [33] will be issued by separate order. On or before 6/9/2023, the parties are directed to confer on a proposed schedule for pretrial filings and communicate their recommendations to the Court by way of a joint written status report or a joint email to the Courtroom Deputy. Mailed notice (ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.