IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TIMOTHY MAPES | No. 21 CR 345<br><br>Judge John F. Kness |

**AGREED SCHEDULING ORDER**

Based on the parties' agreement as to pretrial deadlines, the Court orders as follows:

1. Jury trial is set for 08/07/2023 at 9:00 a.m.

2. The parties have represented to the Court that they have exchanged preliminary witness and exhibit lists.

3. The parties' motions *in limine* shall be filed by 06/23/23, with the exception of any motions *in limine* to exclude or redact specific exhibits, which are discussed in Paragraph 4 below. Responses to motions *in limine* shall be filed by 07/10/23. Replies, if any, shall be filed by 07/14/23.

4. Motions *in limine* to exclude or redact specific exhibits shall be filed by 07/05/2023. Responses to such motions *in limine* shall be filed by 07/14/23.

5. Expert disclosures are due on 07/05/23. Any motions regarding experts shall be filed by 07/10/23. Responses to expert motions shall be filed by 07/17/2023.

6. The parties shall file a proposed pretrial statement by 07/14/2023. The statement shall contain the following: a proposed statement of the case to be read to prospective jurors, proposed jury instructions and verdict form, and proposed *voir*

*dire* questions. The parties shall also submit a Word version of their proposed jury instructions, verdict forms, and *voir dire* questions to the Court's Proposed Order e-mail box at Proposed_Order_Kness@ilnd.uscourts.gov.

7. Final pretrial conference set for 07/25/23 at 01:30 PM shall stand.

SO ORDERED in No. 21 CR 345.

Date: June 23, 2023

_____
JOHN F. KNESS
United States District Judge