**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division**

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                          Case No.: 1:21−cr−00345

                                                     Honorable John F. Kness

Timothy Mapes

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 24, 2023:

      MINUTE entry before the Honorable John F. Kness as to Timothy Mapes: For the reasons provided in the accompanying Memorandum Opinion and Order, which is being entered separately, Defendant's motions to strike surplusage from the indictment [30] and to dismiss portions of the indictment [33] are denied. Mailed notice (ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.