## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                                  Plaintiff,

v.                                                     Case No.: 1:21−cr−00345
                                                          Honorable John F. Kness

Timothy Mapes

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 27, 2023:

      MINUTE entry before the Honorable John F. Kness as to Timothy Mapes: By request and agreement of the parties, post−trial motions must be filed on or before 11/10/2023; any responses must be filed on or before 12/8/2023; and any replies must be filed on or before 12/22/2023. The in−person sentencing hearing set for 1/10/2024 is stricken and reset for 1/31/2024 at 10:30 AM. Sentencing memoranda making objections to the presentence report and discussing 18 U.S.C. § 3553(a) factors must be filed (in one combined filing per side) by 1/15/2024. Any responses to be filed by 1/22/2024. Failure to file the memoranda by those deadlines risks waiver of any objections to the presentence report. Under 18 U.S.C. § 3664(d)(1), if restitution is being sought in this case, 60 days prior to the sentencing date, the Government shall provide the Probation Office and the courtroom deputy an electronic standardized spreadsheet (available on the Court's website) with a list of victims and their full current contact information. This list shall include any amounts subject to restitution. If the Government is not able to provide the full victim list 60 days prior to sentencing, they shall file a motion to request an extension of time to compile the information, to the extent permitted by 18 U.S.C. § 3664(d)(5). The government must submit its version of the offense to the Probation Office by 9/7/2023. Defendant must submit his version to the Probation Office by 9/14/2023. Failure to submit a version of the offense conduct by those dates may constitute waiver of the right to have such material considered within the PSR, and the probation officer will have the right to make determinations without regard to a defendant's version of the offense conduct submitted after that date. Local Criminal Rule 32.1(e). The Probation Office is directed to provide the sentencing recommendation to Defendant Mapes, counsel for Defendant Mapes, and counsel for the Government. Mailed notice (ef, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.